**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7452**

---

BILLY JOE CARTRETTE,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; RICKY HARRISON, War-
den; T. TRAVIS MEDLOCK, Attorney General,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-94-3202-2-17-AJ)

---

Submitted:  April 15, 1996          Decided:  April 23, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

Billy Joe Cartrette, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Cartrette v. South Carolina, No. CA-94-3202-2-17-AJ (D.S.C. Aug. 11, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2